

CHARLES HORN
PARTNER
DIRECT TEL.: 516.355.9694
DIRECT FAX: 516.355.9697
CHORN@RFRIEDMANLAW.COM

September 17, 2018

**VIA ECF**
Hon. Steven M. Gold
United States District Court
Eastern District New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re.:    ***Allstate Insurance Co., et al. v. 153 Plaza LLC, et al.***
              Docket No.: 17-CV-5961 (RRM)(SMG); File No.: L2617

Dear Judge Gold:

    The Russell Friedman Law Group, LLP represents Defendants in connection with the above-referenced matter. Please accept this correspondence as a joint notification regarding the status of the instant litigation. Specifically, as a direct result of the settlement discussions conducted by and between the parties to the action, a complete settlement of the action has been reached. The parties wish to thank this Court for all its assistance in the settlement process.

    As a final matter, the parties request two weeks to file the appropriate stipulations discontinuing the action. Thank you for your time and consideration in this regard.

                              Respectfully,
                              **THE RUSSELL FRIEDMAN LAW GROUP, LLP**

          By:    /S/ Charles Horn
                      Charles Horn

CH/dm

  cc:    Michael W. Whitcher, Esq. (*Via ECF Only*)