UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and ALLSTATE INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>153 PLAZA LLC, SEUNGHO KIM, JEEWHA KIM, MICHELLE CHUN, ORD PHYSIATRY, P.C., DOHYUNG KIM PHYSICAL THERAPY, P.C., SYNERGYCARE PHYSICAL THERAPY, P.C., JNR ACUPUNCTURE, P.C., MARC J. ROSENBLATT, D.O., JONG WON YOM, D.C., L.AC. (individually and d/b/a DR.YOM'S CHIROPRACTIC AND ALTERNATIVE CARE), and DOHYUNG KIM, P.T.,<br><br>Defendants. | C.A. No. 1:17-cv-05961-RRM-SMG |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Indemnity Company (collectively "Allstate"), and Defendants, 153 Plaza LLC, Seungho Kim, Jeewha Kim, Michelle Chun, ORD Physiatry, P.C., Dohyung Kim Physical Therapy, P.C., Synergycare Physical Therapy, P.C., JNR Acupuncture, P.C., Marc J. Rosenblatt, D.O., Jong Won Yom, D.C., L.Ac. (individually and d/b/a Dr. Yom's Chiropractic and Alternative Care), and Dohyung Kim, P.T., by and through

1

their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed without prejudice as to defendants, 153 Plaza LLC, Seungho Kim, Jeewha Kim, Michelle Chun, ORD Physiatry, P.C., Dohyung Kim Physical Therapy, P.C., Synergycare Physical Therapy, P.C., JNR Acupuncture, P.C., Marc J. Rosenblatt, D.O., Jong Won Yom, D.C., L.Ac. (individually and d/b/a Dr. Yom's Chiropractic and Alternative Care), and Dohyung Kim, P.T., without cost to any party.

[SIGNATURE PAGE FOLLOWS]

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company,* | *153 Plaza LLC, Seungho Kim, Jeewha Kim, Michelle Chun, ORD Physiatry, P.C., Dohyung Kim Physical Therapy, P.C., Synergycare Physical Therapy, P.C., JNR Acupuncture, P.C., Marc J. Rosenblatt, D.O., Jong Won Yom, D.C., L.Ac. (individually and d/b/a Dr. Yom's Chiropractic and Alternative Care), and Dohyung Kim, P.T.,* |
| *Allstate Property & Casualty Insurance Company,* | |
| *Allstate Fire & Casualty Insurance Company, and* | |
| *Allstate Indemnity Company,* | |
| By Their Attorneys: | By Their Attorneys: |

/s/ Michael W. Whitcher                                    /s/ Charles H. Horn
_____      _____

| Richard D. King, Jr. (RK8381) | Charles H. Horn |
| Nathan A. Tilden (NT0571) | Alexander H. Mun |
| Michael W. Whitcher (MW7455) | Daniel Scott Hallak |
| Shauna L. Sullivan (SS5624) | Jennifer Beth Strong |
| Jasmine Garcia-Vieux (JG1805) | Russell Friedman & Associates LLP |
| Smith & Brink, P.C. | 3000 Marcus Avenue, Suite 2E3 |
| 350 Granite Street, Suite 2303 | Lake Success, NY 11042 |
| Braintree, MA 02184 | (516) 355-9696 |
| (617) 770-2214 | |

Dated:  October 1, 2018                                   Dated:  October 1, 2018


SO ORDERED:


Dated:        Brooklyn, New York                   _____
                     _____, 2018            Mauskopf, J.
                                                                        United States District Judge